UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
DILENI MARIA ROSARIO SANTOS

CASE NO. 09-00945-ESL

CHAPTER 13

Debtor(s)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **Tue, March 24, 2009**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $ _8,160.00_

3. With respect to the attached payment plan:

| [ ] ORIGINAL PLAN DATE: | [X] AMENDED PLAN DATE: Tue, June 2, 2009 |
|---|---|

**PLAN BASE: $39,600.00**

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: _8/16/09_

[ ] FAVORABLE        [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC SEC 1325(a)(6)  _$1,320.00 in arrears_

2. [ ] INSUFFICIENT FUNDED SEC 1325(b) _____

3. [ ] UNFAIR DISCRIMINATION SEC 1322(b) _____

4. [ ] FAILS LIQUIDATION VALUE TEST SEC 1325(a)(4) _____

5. [ ] FAILS DISPOSABLE INCOME TEST SEC 1325(b) _____

6. [ ] NO PROVISION FOR A SECURED CREDITOR _____

7. [X] COMMENTS _pending order dated 6/30/09, docket 31._

NOTICE: This report anticipates trustee's position as per 11USC SEC 1302(b)(2) and a copy of wich is made available at this office for any interested party.

Atty Fee: $3,000.00/$1,500.00/$1,500.00

Atty: JIMENEZ QUINONES LAW OFFICES*

ALEJANDRO OLIVERAS RIVERA, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521