## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

DILENI MARIA ROSARIO SANTOS

DEBTOR(S)

CASE NO. 09-00945

CHAPTER 13

## NOTICE OF DEBTOR'S CHANGE
## OF RESIDENTIAL ADDRESS

**TO THE HONORABLE COURT:**

Come(s) now Debtor(s), represented by the undersigned attorney, and respectfully state(s) and inform(s) as follows:

1. Debtor(s) new residential address is:

**DILENI MARIA ROSARIO SANTOS
1256 NORTH
10 STREET
READING, PENNSYLVANIA 19604**

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of Debtor's Amended Residential Address.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to: U.S. TRUSTEE; and to Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee, ustpregion21.hr.ecf@usdoj.gov. I further certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, March 2, 2011.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 787-282-9009; 1-866-326-9416
jimenezlawoffice@gmail.com