IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DILENI MARIA ROSARIO SANTOS

DEBTOR(S)

CASE NO. 09-00945 ESL

CHAPTER 13

MOTION TO FILE A POST CONFIRMATION MODIFIED PLAN
DATED MAY 6, 2011

TO THE HONORABLE COURT:

**COME(S) NOW** Debtor(s), represented by the undersigned attorney and respectfully represent(s) and as follows:

1. A Post Confirmation Modified Plan (PCM) dated May 6, 2011 were filed on this day. The PCM provides for:

   a. *To rearrange the payment plan schedule in order to cured arrears with it and provided for additional periodic payments (3) to increased the base and comply with the best interest of creditors;*
   b. *To limit the payment on First Bank Puerto Rico mortgage loan to the amount paid before the stay was lifted over the collateral guaranteeing that loan;*
   c. *To provide for Banco Santander's post petition mortgage arrears, in response to the motion to lift stay, docket #80;*
   d. *And to request additional attorneys fees for $350.00.*

2. In compliance with the Court Order of April 27, 2011 fourteen (14) days notice is given to parties in interest to oppose this pcm.

**WHEREFORE**, the undersigned Counsel for the herein Debtor(s) respectfully informs this Honorable Court, all creditors and parties in interest, of the filing of the aforementioned plan.

### Fourteen Days Notice To Parties In Interest

Within **fourteen (14) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to the aforementioned *POST CONFIRMATION MODIFIED PLAN* with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. *Fed. R. Bankr. P. 2002 (b) and LBR 9013-1.*

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to: Chapter 13 Trustee, and Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee. Furthermore, I hereby certify that all non CM/ECF participants will be served with an exact copy of this document by regular U.S. mail, postage prepaid, sent to their addresses of record as these appear in the attached master address list of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 6, 2011.

> **s/JOSE L. JIMENEZ QUINONES**
> JOSE L. JIMENEZ QUINONES
> USDC-PR 203808
> THE HATO REY CENTER, STE. 1118
> 268 AVE. PONCE DE LEON
> SAN JUAN, PR 00918
> TEL.(787) 282-9009
> Mobile (787) 691-3458
> FAX 1-866-326-9416
> jimenezlawoffice@gmail.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                        Case No. 09-00945

ROSARIO SANTOS, DILENI MARIA          Chapter 13
                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 5/06/2011
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 660.00 | x | 10 | = $ | 6,600.00 |
| $ | 0.00 | x | 1 | = $ | 0.00 |
| $ | 660.00 | x | 48 | = $ | 31,680.00 |
| $ | 1,320.00 | x | 1 | = $ | 1,320.00 |
| $ | | x | | = $ | |

TOTAL: $ 39,600.00

Additional Payments:
$ 2,502.00 to be paid as a LUMP SUM within 56 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**Three Periodic Payments of $834.00 on/before months 36, 46, 56 of the Plan.**

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 42,102.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,500.00

Signed: /s/ DILENI MARIA ROSARIO SANTOS
          Debtor

          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ 125.00
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:

| Cr. **BANCO SANTANDE** | Cr. **FIRST BANK PUERT** | Cr. **BANCO SANTANDE** |
|---|---|---|
| # **POST-PET ARREAR** | # **paid before LOS** | # **XXXX7708** |
| $ 1,964.74 | $ 4,635.55 | $ 5,562.58 |

2. ☐ Trustee pays IN FULL Secured Claims:

| Cr. ___ | Cr. ___ | Cr. ___ |
|---|---|---|
| # ___ | # ___ | # ___ |
| $ ___ | $ ___ | $ ___ |

3. ☑ Trustee pays VALUE OF COLLATERAL:

| Cr. **TOYOTA CREDIT DE** | Cr. ___ | Cr. ___ |
|---|---|---|
| # **XXXXX77456** | # ___ | # ___ |
| $ 11,762.50 | $ ___ | $ ___ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO SANTANDE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
                 ☐ Paid 100% / ☐ Other: ___

| Cr. ___ | Cr. ___ | Cr. ___ |
|---|---|---|
| # ___ | # ___ | # ___ |
| $ ___ | $ ___ | $ ___ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**      Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE ROSARIO SANTOS, DILENI MARIA     Case No. 09-00945
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | ALTAGRACIA BURG<br>AUTORIDAD DE ACU<br>AUTORIDAD DE ENE<br>LEOCADIO OLEA PA | | |

IN RE ROSARIO SANTOS, DILENI MARIA                              Case No. 09-00945
                    Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

1. MONTHLY ADEQUATE PROTECTION PAYMENTS OF $125 STARTING AT MONTH ONE (1) OF THE PLAN UNTIL CONFIRMATION TO TOYOTA CREDIT DE PR, PO BOX 366251, SAN JUAN PR 00936 OR CREDITOR'S PAYMENT ADDRESS OF RECORD WITH THE TRUSTEE. INSURANCE WILL BE PROVIDED THROUGHT THE PLAN AFTER THE CAR LOAN MATURITY DATE: ESTIMATED TOTAL COST OF INSURANCE IS $1,634.

2. PRE AND POST PETITION MORTGAGE ARREARS THROUGH THROUGH MAY 2009 WILL BE PAID BY THE TRUSTEE TO BANCO SANTANDER. DEBTOR WILL BEGIN DIRECT MORTGAGE PAYMENTS TO SNATANDER IN JUNE 2009.

3. DEBTOR INCURRED IN POST PETTITION ARREARS OF HER MONTHLY INSTALLMENT PAYMENTS FOR HER MORTGAGE FROM DECEMBER 2010 THROUGH MARCH 2011 FOR A TOTAL OF $3,529.48 WHICH SHE WILL PAID $1,564.74 (2 MONTHS WITH ITS LATE CHARGES) DIRECTLY TO BANCO SANTANDER DE PUERTO RICO AND THE REMAINING $1,964.74 (2 MONTHS WITH ITS LATE CHARGES AND ATTORNEY'S FEES) IS INCLUDED IN THIS PCM.

4. PRE-PETITION MORTGAGE ARREARS IN THE AMOUNT OF $4,635.55 WERE PAID BY THE TRUSTEE TO FIRST BANK BEFORE THE STAY WAS LIFTED OVER DEBTOR'S PROPERTY LOCATED AT 514 CALLE JOSE SEVERO QUINONES, AT SANTURCE, PR, AND ITS CLAIM (POC #5 ) WAS WITHDRAWN.

5. THE STAY WAS LIFTED OVER DEBTOR'S RESIDENTIAL PROPERTY (514 CALLE JOSE SEVERO QUINONES AT SANTURCE). THE PROVISION TO SELL WITHIN 18 AND PAY FIRST BANK DIRECT MONTHS IS MOOT.

6. THIS PLAN INCLUDES $350.00 IN ADDITIONAL ATTYORNEY'S FEES FOR THE PCM .

14 DAYS NOTICE: THIS PLAN PROVIDES FOR PRO-RATA PAYMENTS TO SECURED CREDITORS RATHER THAN EQUAL MONTHLY PAYMENT AMOUNTS. FURTHERMORE, IT PAYS ONLY THE VALUE OF THE COLLATERAL TO SECURED CREDITOR TOYOTA MOTOR CREDIT DE PR CORP. PARTIES ARE ADVISED THAT THEY FOURTEEN (14) DAYS FOR FILING OBJECTIONS TO THE PLAN WITH THE COURT. OTHERWISE, ABSENT ANY OBJECTIONS, THE COURT MAY CONFIRM THE PLAN AS PROPOSED.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          BANCO SANTANDER  PR                       FIRST BANK DE  PUERTO RICO
0104-3                                   C/O Ramos & Bague Law Office              MARTINEZ & TORRES LAW OFFICES
Case 09-00945-ESL13                      PO  BOX  306                              PO BOX 192938
District of Puerto Rico                  Caguas, PR 00726-0306                     SAN JUAN, PR 00919-3409
Old San Juan
Fri May  6 09:59:36 AST 2011

MONEY EXPRESS                            PR ACQUISITIONS LLC                       RECOVERY MANAGEMENT  SYSTEMS CORP
MARIA M BENABE RIVERA                    AMERICAN INTL BUILDING                    ATTN RAMESH SINGH
PO BOX 9146                              250 MUNOZ RIVERA AVENUE SUITE 1200        25 SE 2ND AVE STE 1120
SAN JUAN, PR 00908-0146                  HATO REY, PR 00918-1814                   MIAMI, FL 33131-1605


US Bankruptcy Court District of P.R.     ABBAS KHORSANDI                           ALTAGRACIA BURGOS MENDEZ
U.S. Post Office and Courthouse Building C/O # 1953 AVE. BORINQUEN                 CALLE 8   #623
300 Recinto Sur Street, Room 109         SANTURCE, PR  00915                       BO. OBRERO
San Juan, PR 00901-1964                                                            SANTURCE, PR 00915-4117


AT&T Mobility (PR)                       ATT CINGULAR                              AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO
Before Cingular Wireless                 PO BOX 15067                              P.O. BOX 70101
PO BOX 192830                            SAN JUAN, PR 00902-8567                   SAN JUAN, PR  00936-8101
SAN JUAN PR 00919-2830


AUTORIDAD DE ENERGIA ELECTRICA           BANCO POPULAR DE PR                       BANCO SANTANDER
P.O. BOX 363508                          PO BOX 366818                             PO BOX  362589
SAN JUAN, PR  00936-3508                 SAN JUAN PUERTO RICO 00936-6818           SAN JUAN, PR  00936-2589


CITIFINANCIAL                            EASTERN AMERICA INSURANCE CO              FIRST BANK PUERTO RICO
1416 PONCE DE LEON AVE                   PO BOX 9023862                            DEPTO. DE EJECUCIONES
SAN JUAN, PR 00907-4031                  SAN JUAN PR 00902-3862                    PO BOX 9146
                                                                                   SAN JUAN, PR  00908-0146


First Bank De Puerto Rico (VTQ)          GAP CARD                                  ISLAND FINACE
MARTINEZ & TORRES LAW PFFICES P.S.C.     PO BOX 530942                             PO BOX 12308
PO BOX 192938                            ATLANTA, GA 30353-0942                    SAN JUAN, PR 00914-0308
SAN JUAN PR 00919-3409


JC PENNEY                                LEOCADIO OLEA PACHE                       MARTINEZ & TORRES LAW OFFICES, P.S.C
PO  BOX 960090                           CALLE SEVERO QUINONES 514                 ATT.: DIANA CUPRILL NAZARIO
ORLANDO, FL 32896-0090                   BO. OBRERO                                PO BOX 192938
                                         SAN JUAN, PR 00915-3428                   SAN JUAN, PR 00919-3409


MONEY EXPRESS                            MONEY EXPRESS                             PR ACQUISITIONS LLC
BANKRUPTCY DIVISION                      PO BOX 11890                              250 MUNOZ RIVERA AVENUE SUITE 1200
PO BOX 9146                              SAN JUAN, PR 00922-1890                   HATO REY, P.R 00918-1814
SAN JUAN PR  00908-0146


Recovery Management Systems Corporation  Recovery Management Systems Corporation  SANTANDER FINANCIAL SERVICES D/B/A ISLAND FI
For GE Money Bank                        For GE Money Bank                        C/O LIGIA RIVERA BUJOSA
dba GAP                                  dba JCPENNEY CREDIT SERVICES             PO BOX 7011
25 SE 2nd Ave Ste 1120                   25 SE 2nd Ave Ste 1120                   PONCE PR 00732-7011
Miami FL 33131-1605                      Miami FL 33131-1605
```

SANTANDER VISA
PO BOX 191080
SAN JUAN, PR 00919-1080

TOYOTA CREDI T DE PUERTO RICO
PARQUE LAS AMERICAS 1
CALLE FEDERICO COSTA, STE. 501
SAN JUAN, PR 00918

TOYOTA CREDIT DE PUERTO RICO
PARQUE LAS AMERICAS I, SUITE 501
235 CALLE FEDERICO COSTAS
SAN JUAN, PR 00918-1341

TOYOTA CREDIT DE PUERTO RICO
PO BOX 71410
SAN JUAN, PR 00936-8510

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN, PR 00936-8510

Toyota Credit de Puerto Rico Corporation
P.O. Box 366251
San Juan, Puerto Rico 00936-6251

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

DILENI MARIA ROSARIO SANTOS
1256 NORTH 10 STREET
READING, PA 19604-2004

JOSE L JIMENEZ QUINONES
JIMENEZ QUINONES LAW OFFICE, PSC
268 AVE. PONCE DE LEON
SUITE 1118
SAN JUAN, PR 00918-2007

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ATT CINGULAR
PO BOX 15067
SAN JUAN, PR 00902-8567

(d)AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO
PO BOX 70101
SAN JUAN, PR 00936-8101

(d)AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR 00936-3508

(d)BANCO SANTANDER PR
C/O RAMOS & BAGUE LAW OFFICE
PO BOX 306
CAGUAS PR 00726-0306

End of Label Matrix
Mailable recipients    39
Bypassed recipients     4
Total                  43