IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 09-00945 ESL |
| Dileni M. Rosario Santos<br>Debtor | CHAPTER 13 |

## MOTION SUBMITTING DOCUMENTS

**TO THE HONORABLE COURT:**

COMES NOW, creditor BANCO SANTANDER PR represented by the undersigned attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. BANCO SANTANDER PR. submits to this Honorable Court copy of a Title Search which indicates that the appearing creditor has a Mortgage Note secured by Debtor's property located in Bo. Buena Vista, Bayamon.

WHEREFORE, it is respectfully requested from this Honorable Court to take note of the present motion.

**I HEREBY CERTIFY:** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Debtor's Attorney Jose L. Jimenez Quinones, Esq., Chapter 13 Trustee Alejandro Oliveras Rivera, Esq. US Trustee Monsita Lecaroz Arribas, Esq. and to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED:**

In Caguas, Puerto Rico this 22 day of June, 2011.

Ramos & Bagué Law Office
PO Box 306
Caguas, PR 00726-0306
Tel. (787) 502-8037
Fax (787) 653-6003
ramosbague@gmail.com

/s/Jessenia Ramos Talavera, Esq.
USDC 223607

**SOLICITANTE:** RAMOS & BAGGUE        **REGISTRO:** BAYAMON I

El que suscribe **CERTIFICA:**

**PRIMERO:** Que ha examinado todos los libros del Registro de la Propiedad y demás récords públicos relativos a la descripción, títulos y cargas de la propiedad descrita a continuación:

El Remanente: **URBANA:** Parcela de terreno radicada en el Barrio Buena Vista de Bayamón, con una cabida superficial de 135,044.7290 metros cuadrados, equivalentes a 34.36 cuerdas, la cual consta de dos porciones discontinuas. La primera de éstas porciones, en donde se desarrolla la segunda etapa de la Urbanización Vista del Bosque conocida como Bosque las Palmas, tiene una cabida de 131,302.7008 metros cuadrados, equivalentes a 33.4070 cuerdas y colinda por el **NORTE,** con la avenida principal de acceso a la urbanización, con las parcelas denominadas Neighborhood Facilities Two, Parcela I, segregadas y con la Urbanización Reparto El Rosario; por el **SUR,** con la Urbanización Parque Florestal; por el **ESTE,** con la Urbanización Reparto El Rosario y la Urbanización Parque Florestal; y por el **OESTE,** con la avenida principal de acceso a la Urbanización, con las parcelas denominadas Neighborhood Facilities Two, Parcela II, segregadas y con la Urbanización Parque Florestal.

La segunda de estas porciones tiene una cabida superficial de 3,742.0282 metros cuadrados, equivalentes a 0.95 cuerda y colinda, por el **NORTE,** con terrenos de Fulgencio Aravitato y otra parcela; por el **SUR,** con la Parcela I, segregada; por el **ESTE,** con la parcela I, segregada; y por el **OESTE,** con la carretera estatal número 167.

Se valora la parcela I, en $100,000.00; la Parcela II, en $150,000.00 y las calles y facilidades vecinales, en $1,000.00 cada una.

**SEGUNDO:** Que dicha propiedad aparece inscrito a favor de:

**FOURSOME DEVELOPMENT CORPORATION**

**TERCERO:** Que de acuerdo con dichos libros, el título de esta propiedad es de (X) DOMINIO ( ) POSESIÓN, y fue adquirido según se expresa a continuación:

----Por agrupación y venta a: ALFREDO RAMIREZ MORAGON Y ESPOSA MAUREEN COLON CALINCHI, 5% y a F.A.O.B SOCIEDAD ESPECIAL 95%, por **$2,000,000.00**, según consta de la escritura #50, otorgada en San Juan, Puerto Rico, el día 7 de febrero del 2000, ante el Notario Público Gilberto Oliver Vázquez, inscrito al folio #11 del tomo #1737 de Bayamón Sur, finca **#72625,** inscripción 1ra.

**CUARTO:** Que la propiedad se halla afecta a los siguientes gravámenes:

----**HIPOTECA:** En garantía de un pagaré a favor del BANCO SANTANDER PUERTO RICO, por **$1,800,000.00**, con intereses al 2% anual sobre el Prime Rate, vence a la presentación, se tasa en $1,800,000.00, según consta de la escritura #2, otorgada en San Juan, Puerto Rico, el día 2 de febrero del 2000, ante el Notario Público Noel González Miranda, inscrito al folio #12 del tomo #1737 de Bayamón Sur, finca #72625, inscripción 2da.

----**HIPOTECA:** En garantía de un pagaré a favor de R & G PREMIER BANK OF PUERTO RICO, por **$13,200,000.00**, con intereses al prime rate, vence a la presentación, se tasa en $13,200,000.00, según consta de la escritura #191, otorgada en San Juan, Puerto Rico, el 22 de diciembre del 2000, ante el Notario Público Enrique Umpierre Suárez II, inscrito al folio #12vto del tomo #1737 de Bayamón Sur, finca #72625, inscripción 3ra y última.

C O N T I N U A

LUIS REYES VAZQUEZ & ASSOCIATES
ESTUDIOS DE TITULOS
CONDOMINIO EL CENTRO II OFICINA 254, SAN JUAN, PUERTO RICO 00918
TEL.: (787) 753-1011 • 753-0570 / FAX: (787) 758-4445 • 274-1519 / E-mail: lrvtitle@prtc.net

Este documento no es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal y el mismo está condicionado para darle cubierta por algún error u omisión cometido, exclusivamente para nuestro cliente, quien es el solicitante arriba indicado. Si este documento es utilizado por algún Agente, Agencia o Compañía de Seguros para expedir pólizas que no sean suscritas por el suscribiente, lo hacen bajo su propio riesgo y responsabilidad.

LUIS REYES VÁZQUEZ & ASSOCIATES
ESTUDIOS DE TITULOS

CONDOMINIO EL CENTRO II OFICINA 254, SAN JUAN, PUERTO RICO 00918
TEL.: (787) 753-1011 • 753-0570 / FAX: (787) 758-4445 • 274-1519 / E-mail: lrvtitle@prtc.net

Este documento no es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal y el mismo está condicionado para darle cubierta por algún error u omisión cometido, exclusivamente para nuestro cliente, quien es el solicitante arriba indicado. Si este documento es utilizado por algún Agente, Agencia o Compañía de Seguros para expedir pólizas que no sean suscritas por el suscribiente, lo hacen bajo su propio riesgo y responsabilidad.

----**PRESENTADO AL ASIENTO #92 DEL DIARIO #1175,** se presentó el día 8 de agosto de 2002, la escritura #37, otorgada en San Juan, Puerto Rico, el día 3 de julio de 2002, ante el Notario Público Gilberto Oliver Vázquez, en la cual, se constituye condiciones restrictivas. **PENDIENTE DE CALIFICACION Y DESPACHO.**

----**PRESENTADO Al ASIENTO #98 del DIARIO #1178,** se presentó el día 28 de agosto de 2002, Certificación de fecha 27 de agosto de 2002, por Eddie Cuevas Silvagnoli, mediante la constituyen servidumbre a favor de la Autoridad de Energía Eléctrica de Puerto Rico. **PENDIENTE DE CALIFICACION Y DESPACHO.**

----**PRESENTADO Al ASIENTO #271 del DIARIO #1186,** se presentó el día 1 de octubre de 2002, la escritura #102, otorgada en San Juan, Puerto Rico, el día 24 de octubre del 2002, ante el Notario Público Gilberto Oliver Vázquez, mediante la cual se constituye servidumbre a favor de la Puerto Rico Telephone Company, con valor de $1.00. **PENDIENTE DE CALIFICACION Y ESPACHO.**

----**PRESENTADO Al ASIENTO #15 del DIARIO #1203,** se presentó el día 12 de marzo de 2003, la escritura #19, otorgada en San Juan, Puerto Rico, el día 14 de febrero de 2003, mediante la cual comparece Foursome Development Corporation a segregar y vende el Solar #A-26 compuesto de 722.99 metros cuadrados a favor de Rolando Soto Russe y su esposa Yolanda González Rodríguez por $185,500.00, el cual se describe: **PENDIENTE DE CALIFICACION Y DESPACHO.**

----**SOLAR:** Radicado en la primera fase de la **URBANIZACIÓN VISTAS DEL BOSQUE,** conocida como **"BOSQUE DE LAS FLORES",** situado en el Barrio Buena Vista del término municipal de Bayamón, el cual se describe en el Plano de Inscripción de la Urbanización con el número, área y colindancias que se relacionan a continuación: Solar # A-26, con un área de 722.99 metros cuadrados, en lindes por el Norte, en 29.24 metros, con la Calle #1 de Bosques de las Flores; por el Sur, en 9.46 metros con el Solar A-25, por el Oeste, en varias alineaciones que suman 43.57 metros, con la finca principal de la cual se segrega, propiedad de Foursome Development Corporation.

----Afectado por servidumbre a favor de Puerto Rico Telephone Company

----Enclava una casa de concreto de dos plantas para residencia de una familia.

----**PRESENTADO Al ASIENTO #16 del DIARIO #1203,** se presentó el día 12 de marzo de 2003, la escritura #20, otorgada en San Juan, Puerto Rico, el día 14 de febrero de 2003, ante el Notario Público Gilberto Oliver Vázquez, mediante la cual comparece Rolando Soto Russe y su esposa Yolanda González Rodríguez a constituir hipoteca en garantía de un pagaré sobre el Solar #A-26 compuesto de 722.99 metros cuadrados a favor de R & G Corporation por $120,000.00 con intereses 5.50% anual, vence el 1 de marzo de 2033, crédito ejecutivo 10% del principal, se tasa en $120,000.00. **PENDIENTE DE CALIFICACION Y DESPACHO.**

**SERVIDUMBRES:** De paso, Estado Libre Asociado de Puerto Rico, Autoridad de las Fuentes Fluviales de Puerto Rico, Puerto Rico Telephone Company, Autoridad de Energía Eléctrica de Puerto Rico.

**CONDICIONES RESTRICTIVAS:** Edificación y Uso.

**REVISADOS:** Registros de Embargos, Sentencias, Contribuciones Federales, Registro de Embargos Estado Libre Asociado Ley #12, NADA HASTA EL TITULAR INSCRITO, Bitácora Electrónica y Agora, hoy 9 de mayo del 2011.

***OBSERVACION:*** *Esta sección del Registro tiene establecido un sistema computadorizado de operaciones. Esta oficina **NO** se hace responsable por errores y/u omisiones que cometa el empleado del Registro de la Propiedad en la entrada y búsqueda de datos en el mismo.*

LUIS REYES VAZQUEZ & ASSOCIATES
JC/ssn/ssn/MDJ/mgf/JC/glr/lem//glr/JC/lem/brm